**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**COMMODITY FUTURES TRADING COMMISSION,**

        **Plaintiff,**

-vs-                                              **Case No. 6:11-cv-1584-Orl-31DAB**

**ALPHA TRADE GROUP, S.A.; JOSE CECILIO MARTINEZ BELTRAN; WELINTON BAUTISTA CASTILLO; MARIA ALVAREZ GUTIERREZ; YEHODIZ PADUA VALENTIN; MARIA ASELA RODRIGUEZ; AND FRANCISCO AMAURY SUERO MATOS,**

        **Defendants.**

_____

## ORDER

This cause comes before the Court on the Motion for Default Judgments and Permanent Injunction against Defendants Alpha Trade Group, S.A., Jose Cecilio Martinez Beltran and Welinton Bautista Castillo. (Doc. No. 47), filed April 6, 2012.

On April 11, 2012, the United States Magistrate Judge issued a report (Doc. No. 48) recommending that the motion be denied. No objections have been filed. Therefore, it is

**ORDERED** as follows:

    1.    The Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

2. The Motion for Default Judgments and Permanent Injunction against Defendants Alpha Trade Group, S.A., Jose Cecilio Martinez Beltran and Welinton Bautista Castillo is **DENIED** without prejudice.   The Order to show cause entered on March 19, 2012 (Doc. No. 41) is hereby discharged.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on April 30, 2012.

```
                                              _____
                                              GREGORY A. PRESNELL
                                              UNITED STATES DISTRICT JUDGE
```

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party