**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**COMMODITY FUTURES TRADING COMMISSION,**

        **Plaintiff,**

**-vs-**　　　　　　　　　　　　　　　　　　　　Case No. 6:11-cv-1584-Orl-31DAB

**ALPHA TRADE GROUP, S.A.; JOSE CECILIO MARTINEZ BELTRAN; WELINTON BAUTISTA CASTILLO; MARIA ALVAREZ GUTIERREZ; YEHODIZ PADUA VALENTIN; MARIA ASELA RODRIGUEZ; AND FRANCISCO AMAURY SUERO MATOS,**

        **Defendants.**

_____

## ORDER

On August 24, 2012, Magistrate Judge Baker entered a Report and Recommendation (Doc. 80) recommending that Plaintiff's Second Motion for Sanctions (Doc. 65) be granted. No objection to the Report has been filed. It is, therefore

**ORDERED** that the Report and Recommendation is ACCEPTED and ADOPTED as part of this Order. Plaintiff's Motion at Doc. 65 is GRANTED, and the pleadings of Defendants Maria Alvarez Gutierrez and Maria Asela Rodriguez are STRICKEN. The Clerk is directed to enter default against these two Defendants.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on September 11, 2012.

Copies furnished to:

Counsel of Record
Unrepresented Party

_____
GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE