# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

COMMODITY FUTURES TRADING
COMMISSION,

Plaintiff,

-vs-                                          Case No.  6:11-cv-1584-Orl-31DAB

ALPHA TRADE GROUP, S.A.; JOSE
CECILIO MARTINEZ BELTRAN;
WELINTON BAUTISTA CASTILLO;
MARIA ALVAREZ GUTIERREZ;
YEHODIZ PADUA VALENTIN; MARIA
ASELA RODRIGUEZ; AND FRANCISCO
AMAURY SUERO MATOS,

Defendants.

_____

## REPORT AND RECOMMENDATION

**TO THE UNITED STATES DISTRICT COURT**

This cause came on for consideration without oral argument on the following motion filed

herein:

| | |
|---|---|
| **MOTION:** | **SUPPLEMENTAL MOTION FOR DEFAULT JUDGMENT AGAINST CERTAIN DEFENDANTS (Doc. No. 90)** |
| **FILED:** | **October 26, 2012** |

**THEREON** it is **RECOMMENDED** that the motion be **DENIED** without prejudice.

As the Court has previously stated (Doc. 48), the Court sees no advantage to proceeding in

piecemeal fashion here.  As there are still matters outstanding with respect to the co-defendants,[1] it

is **respectfully recommended** that the motion for a default judgment be **denied as premature.**

_____

[1]*See, for example,* footnote 2 of the instant motion.

**Upon completion of all of the relevant proceedings** Plaintiff may move for entry of final judgment against all parties on all claims, consistent with Rule 54(b).

Failure to file written objections to the proposed findings and recommendations contained in this report within fourteen (14) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

Recommended in Orlando, Florida on October 30, 2012.

*David A. Baker*

DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Presiding District Judge
Counsel of Record
Any Unrepresented Party
Courtroom Deputy