# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**COMMODITY FUTURES TRADING COMMISSION,**

   **Plaintiff,**

**v.**                       **Case No: 6:11-cv-1584-Orl-31DAB**

**ALPHA TRADE GROUP, S.A., JOSE CECILIO MARTINEZ BELTRAN, WELINTON BAUTISTA CASTILLO and YEHODIZ PADUA VALENTIN,**

   **Defendants.**

## ORDER

This cause comes before the Court on Plaintiff's Supplemental Motion for Default Judgments and for Permanent Injunction, Civil Monetary Penalties and Other Equitable Relief Against Defendants Alpha Trade Group, S.A. a/k/a Revolution Network Ltd., Jose Cecilio Martinez Beltran and Welinton Bautista Castillo (Doc. No. 90), filed October 26, 2012.

On October 30, 2012, the United States Magistrate Judge issued a report (Doc. No. 93) recommending that the motion be denied without prejudice. No objections have been filed. Therefore, it is

**ORDERED** as follows:

1. The Report and Recommendation is **CONFIRMED** and **ADOPTED**.

2. The Supplemental Motion for Default Judgments and for Permanent Injunction is **DENIED** without prejudice.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on November 20, 2012.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party