# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**COMMODITY FUTURES TRADING COMMISSION,**

        **Plaintiff,**

**-vs-**　　　　　　　　　　　　　　　　　　　　　　　**Case No. 6:11-cv-1584-Orl-31DAB**

**ALPHA TRADE GROUP, S.A.; JOSE CECILIO MARTINEZ BELTRAN; WELINTON BAUTISTA CASTILLO; MARIA ALVAREZ GUTIERREZ; YEHODIZ PADUA VALENTIN; MARIA ASELA RODRIGUEZ; AND FRANCISCO AMAURY SUERO MATOS,**

        **Defendants.**

_____

## ORDER

Plaintiff has moved for summary judgment regarding Defendant, Yhodiz Padua Valentin's direct liability on Count V of the complaint alleging commodity pool fraud in violation of Sec. 4o of the commodity Exchange Act, 7 U.S.C. § 6o (Supp. III, 2009) (Doc. 91). On December 5, 2012, the Court issued a *Milburn* Order giving Defendant until December 20, 2012 to respond to the Motion (Doc. 103). Defendant has not responded and the Motion has colorable merit. Accordingly, it is

**ORDERED** that said Motion is GRANTED. Summary judgment is hereby entered for Plaintiff and against Defendant on Count V of the Complaint.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on January 16, 2013.

Copies furnished to:

Counsel of Record
Unrepresented Party

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE