# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**COMMODITY FUTURES TRADING COMMISSION,**

      **Plaintiff,**

**v.**                                                                   Case No:  6:11-cv-1584-Orl-31DAB

**ALPHA TRADE GROUP, S.A., JOSE CECILIO MARTINEZ BELTRAN, WELINTON BAUTISTA CASTILLO and YEHODIZ PADUA VALENTIN,**

      **Defendants.**

## ORDER

This cause comes before the Court on Plaintiff's Motions for Judgments against Defendants, filed February 1, 2013 (Doc. Nos. 107 and 108).

On March 27, 2013, the United States Magistrate Judge issued a report (Doc. No. 109) recommending that the motions be granted. No objections have been filed.  Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

2. The Motions for Judgment are **GRANTED.**  The Clerk is directed to enter judgment in favor of Plaintiff and against Defendant Alpha Trade Group, S.A. in the amount of $980,000.00, against Defendant Jose Cecilio Martinez Beltran in the amount of $980,000.00, against Defendant Welinton Bautista Castillo in the amount of $980,000.00, against Defendant Yehodiz Padua Valentin in the amount of $840,000.00, against Defendant Maria Alvarez

Gutierrez in the amount of 248,250.00, and against Defendant Maria Asela Rodriguez in the amount of $147,238.11.

    4.    After entry of Judgment, the Clerk is directed to close this file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on April 15, 2013.

                                                    GREGORY A. PRESNELL
                                           UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party